**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN HALVONIK,<br><br>        Plaintiff,<br><br>    v.<br><br>JON W. DUDAS,<br>Under Secretary of Commerce<br>for Intellectual Property<br>and Director of the United<br>States Patent and Trademark<br>Office<br>        Defendant. | Civil Action<br>No. 99-863 |

**JUDGMENT**

Upon consideration of the Motions, Oppositions, Replies and the entire record herein, for the reasons discussed in the accompanying Memorandum Opinion, it is hereby

**ORDERED** Plaintiff's Motion for Summary Judgment is **denied**; and is it further

**ORDERED** Defendant's Motion for Summary Judgment is **granted**; and

**JUDGMENT** is entered for Defendant.

August 8, 2005
                                              /s/
                                      DONALD C. POGUE
                                      UNITED STATES DISTRICT JUDGE[1]

**Copies to**: Attorneys of Record via ECF and:

John Halvonik
15200 Shady Grove Road
Suite 202
Rockville, MD 20850

---

[1] The Honorable Donald C. Pogue, Judge for the United States Court of International Trade, sitting by designation.